# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
October 16, 2026

Thomas B. Plunkett, III
Clerk

---

No. 23-30291

---

Plaquemines Parish,

*Plaintiff—Appellee*,

Louisiana State, *ex rel. Elizabeth B. Murrill, Attorney General*; Louisiana State, *through the Louisiana Department of Natural Resources Office of Coastal Management and its Secretary, Dustin Davidson*,

*Intervenors—Appellees*,

*versus*

Chevron USA, Incorporated, *As Successor in Interest to* Gulf Oil *Corporation* and The California *Company*; Chevron USA Holdings, Incorporated, *As Successor in Interest to Getty Oil Company, Texas E&P Tide Water Associated Oil Company, Tidewater* Oil *Company* and Texaco Producing, Incorporated; BP America Production Company, *As Successor in Interest to* Pan American Petroleum *Corporation*,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5215

---

UNPUBLISHED ORDER

No. 23-30291

Before CLEMENT, SOUTHWICK, and DUNCAN, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED the unopposed joint motion to remand the case to the United States District Court for the Eastern District of Louisiana is GRANTED.

**Certified as a true copy and issued as the mandate on Nov 06, 2026**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**